

FILED
MAR 04 2005

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: )
)
SERGIO E. CONDORI, ) CASE NO. 00-3-2840-BDM
)
)
Debtor, ) ORDER FOR PAYMENT OF
) UNCLAIMED DIVIDENDS
_____)

Upon the foregoing Motion and in accordance with the provisions of 28 USC 2042, good cause appearing therefore, it is hereby ORDERED that the amount of $4,460.52, constituting unclaimed dividends, be paid to GENERAL ELECTRIC COMPANY.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, Northern District of California, cause a voucher to be issued resulting in the payment of said unclaimed dividend to the order of: GENERAL ELECTRIC COMPANY
C/O ASSET RECOVERY TRUST
P.O. Box 66
Montrose, CA 91021

Dated: _March 4 2005_

_____
U.S. Bankruptcy Court Judge